IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**EDDY STANLEY HARRIS, JR.**                                    **PETITIONER**

VS.                          **CASE NO. 4:09CV00276 SWW/HDY**

**LARRY NORRIS, Director of the**
**Arkansas Department of Correction**                           **RESPONDENT**

**ORDER**

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion to reopen the case is granted.

IT IS SO ORDERED this 2nd day of February, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE