IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**EDDY STANLEY HARRIS, JR.**                                          **PETITIONER**

**VS.**                  **CASE NO. 4:09CV00276 SWW**

**LARRY NORRIS, Director of the**
**Arkansas Department of Correction**                                **RESPONDENT**

**JUDGMENT**

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 10th day of August, 2011.

                                                         /s/Susan Webber Wright

                                                        UNITED STATES DISTRICT JUDGE